# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL W MENCONI | § | Case No. 16-14897 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/30/2016 . The undersigned trustee was appointed on 04/30/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 6,500.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 6,470.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  08/26/2016  and the deadline for filing governmental claims was  10/27/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,400.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,400.00 , for a total compensation of $ 1,400.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: _11/23/2016_____          By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-14897 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL W MENCONI | | | | Date Filed (f) or Converted (c): | 04/30/2016 (f) |
| | | | | | 341(a) Meeting Date: | 05/24/2016 |
| For Period Ending: | 11/23/2016 | | | | Claims Bar Date: | 08/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3039 Timber Hills, Aurora, IL  Trustee compelled to abandon per order 10/21/16 [dkt 27] | 154,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Mercedes E-Class 2000, 192,500 miles  Debtor has 1/2 interest | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Mercedes R-Class 107,000 miles  Settled with Debtor to purchase Estate's interest per order 8/5/16 [dkt 23] | 10,000.00 | 6,500.00 | | 6,500.00 | FA |
| 4. Ford Explorer 2000, 100000 miles  co-owned | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,600.00 | 0.00 | | 0.00 | FA |
| 6. Household goods-electronics | 600.00 | 0.00 | | 0.00 | FA |
| 7. Misc. sports equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothes | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Wedding ring & watches | 600.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 11. Checking Account | 600.00 | 0.00 | | 0.00 | FA |
| 12. Savings account - credit union | 150.00 | 0.00 | | 0.00 | FA |
| 13. MICHAEL W. MENCONI, OD P.C. d/b/a Eyecare Center of Sandwich  closed business | 0.00 | 0.00 | | 0.00 | FA |
| 14. 401k - Visionworks | 77,000.00 | 0.00 | | 0.00 | FA |
| 15. 2016 State and Federal tax refunds | 500.00 | 0.00 | | 0.00 | FA |
| 16. Insurance policy with cash value  wife is beneficiary | 150.00 | 0.00 | | 0.00 | FA |

Case 16-14897   Doc 30   Filed 03/22/17   Entered 03/22/17 09:34:02   Desc Main
Document   Page 4 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 16-14897 | DRC |
| Case Name: | MICHAEL W MENCONI | |
| | | |
| For Period Ending: | 11/23/2016 | |

Judge:   Donald R Cassling

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/30/2016 (f) |
| 341(a) Meeting Date: | 05/24/2016 |
| Claims Bar Date: | 08/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $248,950.00 | $6,500.00 | $6,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Estate's interest in vehicle has been liquidated. TFR being prepared

Initial Projected Date of Final Report (TFR): 12/30/2016          Current Projected Date of Final Report (TFR): 12/30/2016

Case 16-14897   Doc 30   Filed 03/22/17   Entered 03/22/17 09:34:02   Desc Main
Document   Page 5 of 10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

*Exhibit B*

| | |
|---|---|
| Case No: 16-14897 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MICHAEL W MENCONI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3821 |
| | Checking |
| Taxpayer ID No: XX-XXX3979 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/23/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/16 | 3 | Michael Menconi | Equity in Mercedes 6 class per order 8/5/16 [dkt 23] | 1129-000 | $4,000.00 | | $4,000.00 |
| 08/05/16 | 3 | Michael Menconi | Equity in Mercedes 6 class per order 8/5/16 [dkt 23] | 1129-000 | $2,500.00 | | $6,500.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,490.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,480.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,470.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,500.00 | $30.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,500.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,500.00 | $30.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:   $6,500.00   $30.00

Case 16-14897   Doc 30   Filed 03/22/17   Entered 03/22/17 09:34:02   Desc Main
Document     Page 6 of 10

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3821 - Checking | $6,500.00 | $30.00 | $6,470.00 |
| | $6,500.00 | $30.00 | $6,470.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,500.00 |
| Total Gross Receipts: | $6,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-14897-DRC                                                                    Date: November 23, 2016
Debtor Name: MICHAEL W MENCONI
Claims Bar Date: 8/26/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | | $0.00 | $1,400.00 | $1,400.00 |
| 1 280 5800 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Priority | Claim amended 11/4/16 | $0.00 | $0.00 | $0.00 |
| 2 300 7100 | Laura Csiszer 128 Huntsman Dr Plano IL 60545 | Unsecured | | $67,401.00 | $76,230.00 | $76,230.00 |
| 3 300 7100 | American Marketing and Publishing Inc. 915 E. Lincoln Hwy Dekalb IL 60115 | Unsecured | | $4,550.75 | $4,664.25 | $4,664.25 |
| 4 300 7100 | US DEPT OF EDUCATION Claims Filing Unit P.O. Box 8973 Madison, WI 53708 | Unsecured | | $287,238.00 | $297,993.68 | $297,993.68 |
| | Case Totals | | | $359,189.75 | $380,287.93 | $380,287.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                            Printed: November 23, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-14897
Case Name: MICHAEL W MENCONI
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

|  | | |
|---|---|---|
| Balance on hand | $ | 6,470.00 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 1,400.00 | $ 0.00 | $ 1,400.00 |

|  | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,400.00 |
| Remaining Balance | $ | 5,070.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | $ 0.00 |

|  | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 5,070.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 378,887.93  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Laura Csiszer | $ 76,230.00 | $ 0.00 | $ 1,020.05 |
| 3 | American Marketing and Publishing Inc. | $ 4,664.25 | $ 0.00 | $ 62.41 |
| 4 | US DEPT OF EDUCATION | $ 297,993.68 | $ 0.00 | $ 3,987.54 |

Total to be paid to timely general unsecured creditors $ 5,070.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE