IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 16-14897 |
| | ) | |
| MICHAEL W. MENCONI | ) | HON. JANET BAER |
| | ) | BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 24th day of March, 2017 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

# Northern District of Illinois
# Claims Register

### 16-14897 Michael W Menconi Closed 03/22/2017

**Hon.:** Janet S. Baer  
**Office:** Chicago  
**Trustee:** Brenda Porter Helms ESQ  

**Chapter:** 7  
**Last Date to file claims:**  
**Last Date to file (Govt):**

| Creditor: (24488895)<br>Internal Revenue Service<br>Centralized Insolvency Ooperations<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | Claim No: 1<br>Original Filed Date: 06/03/2016<br>Original Entered Date: 06/03/2016<br>Last Amendment Filed: 11/04/2016<br>Last Amendment Entered: 11/04/2016 | Status:<br>Filed by: CR<br>Entered by: Bruce Hayes<br>Modified: |
|---|---|---|

| Amount claimed: | $0.00 |
| Secured claimed: | $0.00 |
| Priority claimed: | $0.00 |

**History:**

| Details | 1-1 | 06/03/2016 | Claim #1 filed by Internal Revenue Service, Amount claimed: $11405.48 (Hayes, Bruce ) |
| Details | 1-2 | 11/04/2016 | Amended Claim #1 filed by Internal Revenue Service, Amount claimed: $0.00 (Hayes, Bruce ) |

**Description:**  
**Remarks:**

| Creditor: (24728147)<br>Laura Csiszer<br>c/o Laura Csiszer<br>128 Huntsman Dr.<br>Plano IL 60545 | Claim No: 2<br>Original Filed Date: 07/19/2016<br>Original Entered Date: 07/20/2016 | Status:<br>Filed by: CR<br>Entered by: Cynthia Armstead<br>Modified: 08/09/2016 |
|---|---|---|

| Amount claimed: | $76230.00 |

**History:**

| Details | 2-1 | 07/19/2016 | Claim #2 filed by Laura Csiszer, Amount claimed: $76230.00 (Armstead, Cynthia ) |

**Description:**  
**Remarks:** (2-1) Modified to correct amount dof

| Creditor: (24825129)<br>American Marketing and Publishing LLC<br>915 E Lincoln HWY<br>DeKalb, IL 60115 | **Claim No: 3**<br>Original Filed Date: 08/19/2016<br>Original Entered Date: 08/19/2016 | Status:<br>Filed by: CR<br>Entered by: Marvin Miller<br>Modified: |
|---|---|---|

| Amount claimed: | $4664.25 | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 08/19/2016 | Claim #3 filed by American Marketing and Publishing LLC, Amount claimed: $4664.25 (Miller, Marvin) |

Description:
Remarks:

| Creditor: (24867914)<br>US Department of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | **Claim No: 4**<br>Original Filed Date: 09/01/2016<br>Original Entered Date: 09/01/2016 | Status:<br>Filed by: CR<br>Entered by: Kimberly A Berg<br>Modified: |
|---|---|---|

| Amount claimed: | $297993.68 | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 4-1 | 09/01/2016 | Claim #4 filed by US Department of Education, Amount claimed: $297993.68 (Berg, Kimberly) |

Description:
Remarks:

## Claims Register Summary

**Case Name:** Michael W Menconi
**Case Number:** 16-14897
**Chapter:** 7
**Date Filed:** 04/30/2016
**Total Number Of Claims:** 4

| Total Amount Claimed* | $378887.93 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $0.00 | |
| Administrative | | |