**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL W MENCONI | § | Case No. 16-14897 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 140,175.00<br>*(Without deducting any secured claims)* | Assets Exempt: 101,175.00 |
| Total Distributions to Claimants: 5,070.00 | Claims Discharged<br>Without Payment: 564,469.48 |
| Total Expenses of Administration: 1,430.00 | |

3) Total gross receipts of $ 6,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 113,380.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,430.00 | 1,430.00 | 1,430.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 436,461.30 | 378,887.93 | 378,887.93 | 5,070.00 |
| **TOTAL DISBURSEMENTS** | $ 549,841.30 | $ 380,317.93 | $ 380,317.93 | $ 6,500.00 |

4) This case was originally filed under chapter 7 on 04/30/2016 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2017 By:/s/BRENDA PORTER HELMS, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Mercedes R-Class 107,000 miles | 1129-000 | 6,500.00 |
| **TOTAL GROSS RECEIPTS** | | $ 6,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase, Po Box 901003 Columbus, OH 43224 | | 1,091.00 | NA | NA | 0.00 |
| | Seneca Mortgage Servic, 611 Jamison Rd Ste 7312 Elma, NY 14059 | | 10,761.00 | NA | NA | 0.00 |
| | Wells Fargo, 1 Home Campus Drive Des Moines, IA 50328 | | 101,528.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 113,380.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,430.00 | $ 1,430.00 | $ 1,430.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | All-American Publishing | | 137.00 | NA | NA | 0.00 |
| | Altair | | 518.14 | NA | NA | 0.00 |
| | Atg Credit for Attorney Valley Imaging Consu | | 12.00 | NA | NA | 0.00 |
| | Atg Credit for Winfield Radiology | | 9.00 | NA | NA | 0.00 |
| | Cap One | | 0.00 | NA | NA | 0.00 |
| | Com Ed | | 447.30 | NA | NA | 0.00 |
| | ComCast | | 300.00 | NA | NA | 0.00 |
| | CooperVision | | 171.06 | NA | NA | 0.00 |
| | Credit Coll for prog ins | | 148.00 | NA | NA | 0.00 |
| | Expert Optics | | 43,787.09 | NA | NA | 0.00 |
| | Eyefinity, Inc | | 28.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Focus Optical Labs, Inc | | 1,411.96 | NA | NA | 0.00 |
| | Great Lakes | | 0.00 | NA | NA | 0.00 |
| | Henrich Lawn Care, Inc | | 150.00 | NA | NA | 0.00 |
| | Kenmark | | 852.23 | NA | NA | 0.00 |
| | L'amy America | | 1,040.64 | NA | NA | 0.00 |
| | Lease Finance Group LLC | | 1,300.00 | NA | NA | 0.00 |
| | Liturgical Publications | | 369.00 | NA | NA | 0.00 |
| | Marcolin USA Eyewear Corp | | 2,324.69 | NA | NA | 0.00 |
| | Mbb | | 158.00 | NA | NA | 0.00 |
| | Merchant Bankcard | | 45.00 | NA | NA | 0.00 |
| | Merchants Credit Guide | | 190.00 | NA | NA | 0.00 |
| | N. Menconi | | 20,000.00 | NA | NA | 0.00 |
| | Nicor | | 330.90 | NA | NA | 0.00 |
| | Ready Refresh by Nestle | | 128.19 | NA | NA | 0.00 |
| | Royal Publishing | | 240.00 | NA | NA | 0.00 |
| | Safilo USA, Inc | | 2,225.62 | NA | NA | 0.00 |
| | Transnational | | 73.85 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tridentasset.Com | | 35.00 | NA | NA | 0.00 |
| | UPS | | 10.25 | NA | NA | 0.00 |
| | Vistakon | | 615.68 | NA | NA | 0.00 |
| | X-Cel Specialty Contacts | | 212.35 | NA | NA | 0.00 |
| 3 | American Marketing and Publishing Inc. | 7100-000 | 4,550.75 | 4,664.25 | 4,664.25 | 62.41 |
| 2 | Laura Csiszer | 7100-000 | 67,401.00 | 76,230.00 | 76,230.00 | 1,020.05 |
| 4 | US DEPT OF EDUCATION | 7100-000 | 287,238.00 | 297,993.68 | 297,993.68 | 3,987.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 436,461.30 | $ 378,887.93 | $ 378,887.93 | $ 5,070.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 16-14897 DRC Judge: Donald R Cassling

Case Name: MICHAEL W MENCONI

For Period Ending: 07/21/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Date Filed (f) or Converted (c): 04/30/2016 (f)

341(a) Meeting Date: 05/24/2016

Claims Bar Date: 08/26/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3039 Timber Hills, Aurora, IL<br><br>Trustee compelled to abandon per order 10/21/16 [dkt 27] | 154,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Mercedes E-Class 2000, 192,500 miles<br><br>Debtor has 1/2 interest | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Mercedes R-Class 107,000 miles<br><br>Settled with Debtor to purchase Estate's interest per order 8/5/16 [dkt 23] | 10,000.00 | 6,500.00 | | 6,500.00 | FA |
| 4. Ford Explorer 2000, 100000 miles<br><br>co-owned | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,600.00 | 0.00 | | 0.00 | FA |
| 6. Household goods-electronics | 600.00 | 0.00 | | 0.00 | FA |
| 7. Misc. sports equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothes | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Wedding ring & watches | 600.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 11. Checking Account | 600.00 | 0.00 | | 0.00 | FA |
| 12. Savings account - credit union | 150.00 | 0.00 | | 0.00 | FA |
| 13. MICHAEL W. MENCONI, OD P.C. d/b/a Eyecare Center of Sandwich<br><br>closed business | 0.00 | 0.00 | | 0.00 | FA |
| 14. 401k - Visionworks | 77,000.00 | 0.00 | | 0.00 | FA |
| 15. 2016 State and Federal tax refunds | 500.00 | 0.00 | | 0.00 | FA |
| 16. Insurance policy with cash value<br><br>wife is beneficiary | 150.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 16-14897 DRC Judge: Donald R Cassling

Case Name: MICHAEL W MENCONI

For Period Ending: 07/21/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Date Filed (f) or Converted (c): 04/30/2016 (f)

341(a) Meeting Date: 05/24/2016

Claims Bar Date: 08/26/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $248,950.00 | $6,500.00 | | $6,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Estate's interest in vehicle has been liquidated. TFR being prepared

Initial Projected Date of Final Report (TFR): 12/30/2016 Current Projected Date of Final Report (TFR): 12/30/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-14897
Case Name: MICHAEL W MENCONI

Taxpayer ID No: XX-XXX3979
For Period Ending: 07/21/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3821
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/16 | 3 | Michael Menconi | Equity in Mercedes 6 class per order 8/5/16 [dkt 23] | 1129-000 | $4,000.00 | | $4,000.00 |
| 08/05/16 | 3 | Michael Menconi | Equity in Mercedes 6 class per order 8/5/16 [dkt 23] | 1129-000 | $2,500.00 | | $6,500.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,490.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,480.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,470.00 |
| 05/01/17 | 101 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,400.00 | $5,070.00 |
| 05/01/17 | 102 | Laura Csiszer 128 Huntsman Dr Plano IL 60545 | Final distribution to claim 2 representing a payment of 1.34 % per court order. | 7100-000 | | $1,020.05 | $4,049.95 |
| 05/01/17 | 103 | American Marketing and Publishing Inc. 915 E. Lincoln Hwy Dekalb IL 60115 | Final distribution to claim 3 representing a payment of 1.34 % per court order. | 7100-000 | | $62.41 | $3,987.54 |
| 05/01/17 | 104 | US DEPT OF EDUCATION Claims Filing Unit P.O. Box 8973 Madison, WI 53708 | Final distribution to claim 4 representing a payment of 1.34 % per court order. | 7100-000 | | $3,987.54 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $6,500.00 | $6,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,500.00 | $6,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,500.00 | $6,500.00 |

| | | |
|---|---|---|
| Page Subtotals: | $6,500.00 | $6,500.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3821 - Checking | $6,500.00 | $6,500.00 | $0.00 |
| | $6,500.00 | $6,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,500.00 |
| Total Gross Receipts: | $6,500.00 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|